AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

**SOUTHERN**      **DISTRICT OF**      **TEXAS**

**McALLEN DIVISION**

DEC 1 2 2018

David J. Bradley, Clerk

UNITED STATES OF AMERICA

V.

**Adrian Gallardo-Torres**

## CRIMINAL COMPLAINT

Case Number:   M-18-2543-M

**IAE       YOB:   1979**
**Mexico**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about ___**December 11, 2018**___ in ___**Hidalgo**___ County, in

the ___Southern___ District of ___Texas___
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___**8**___ United States Code, Section(s) ___**1326**___ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Adrian Gallardo-Torres was encountered by Border Patrol Agents near Penitas, Texas on December 11, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 11, 2018, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 12, 2018, through San Ysidro, California. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 1, 2018, the Defendant was convicted of Annoy/Mol Vict Under 18 and was sentenced to two-hundred and seventy (270) days confinement and 3 years probation.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

*Approved by David A. Lindenmuth*

*12/12/18*

Sworn to before me and subscribed in my presence,

**December 12, 2018**                    3:55 pm

Signature of Complainant

**Jose E. Diaz**                    **Senior Patrol Agent**

**Peter E. Ormsby**            , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**